BOROUGH OPERATING CORPORATION, Respondent, v. FLATBUSH LEASING

CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ., concur.